# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 491 WAL 2014
                                            :
                       Respondent    :
                                            : Petition for Allowance of Appeal from the
                                            : Order of the Superior Court
                 v.                         :
                                            :
                                            :
                                            :
DAVID LYNN HEFLIN,                   :
                                            :
                       Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.